**COX, WOOTTON, LERNER,
GRIFFIN & HANSEN, LLP**
Marc T. Cefalu  (SBN 203324)
Max L. Kelley  (SBN 205943)
900 Front Street, Suite 350
San Francisco, CA  94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
BAY MARINE BOAT WORKS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY MARINE BOAT WORKS, INC. | Case No.: |
| Plaintiff, | **IN ADMIRALTY** |
| v. | **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ARREST WARRANT** |
| M/V GARDINA, Official No. 1117426, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., *in rem*, and DOES 1-10, | |
| Defendants. | |

Plaintiff Bay Marine Boat Works, Inc. ("Bay Marine") has applied for an order authorizing the Clerk to issue a warrant for the arrest of the Defendant Vessel M/V GARDINA, Official No. 1117426, its Engines, Tackle, Machinery, Furniture, Apparel, Appurtenances, etc., (the "Vessel").

Upon reviewing Plaintiff's Verified Complaint and its supporting exhibits, and the papers and pleadings filed therewith, the Court finds that the conditions for an *in rem* action against the Defendant Vessel in accordance with Supplemental Admiralty Rule C appear to exist.

/ / /

/ / /

COX, WOOTTON,
LERNER, GRIFFIN, &
HANSEN, LLP

900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA
94111
TEL: 415-438-4600
FAX: 415-438-4601

SVEN/Gardina / 4687

ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ARREST WARRANT

THEREFORE IT IS HEREBY ORDERED that:

1.     The Clerk of this Court is authorized to, and shall, issue a Warrant for the Arrest of the Vessel, as prayed for in the Verified Complaint;

2.     The Marshal of this District is authorized to serve the Warrant of Arrest on the Vessel;

3.     Any person claiming an interest in the Vessel arrested hereunder shall, upon application to the Court, be entitled to a prompt hearing upon not less than three (3) days' notice to Plaintiff, at which time Plaintiff shall be required to show why the arrest should not be vacated or other relief granted; and

4.     A copy of this Order shall be attached to and served with the Warrant of Arrest.


IT IS SO ORDERED.


DATED:   3/30/2018

_____
UNITED STATES DISTRICT JUDGE

COX, WOOTTON, LERNER, GRIFFIN, & HANSEN, LLP

900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA
94111
TEL: 415-438-4600
FAX: 415-438-4601

SVEN/Gardina / 4687

ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR ARREST WARRANT