**COX, WOOTTON, LERNER,
GRIFFIN & HANSEN, LLP**
Marc T. Cefalu (SBN 203324)
Max L. Kelley (SBN 205943)
900 Front Street, Suite 350
San Francisco, CA 94111
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Plaintiff
BAY MARINE BOAT WORKS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY MARINE BOAT WORKS, INC.<br><br>Plaintiff,<br><br>v.<br><br>M/V GARDINA, Official No. 1117426, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., *in rem*, and DOES 1-10,<br><br>Defendants. | Case No.: 4:18-cv-01855-HSG<br><br>**IN ADMIRALTY**<br><br>**ORDER GRANTING PLAINTIFF BAY MARINE BOAT WORKS, INC.'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR INTERLOCUTORY SALE OF VESSEL, TO STRIKE ANSWER, AND REQUEST FOR ENTRY OF DEFAULT**<br><br>Date: 9/13/18<br>Time: 2:00 p.m.<br>Courtroom 2, 4th Fl. 1301 Clay St., Oakland, CA<br>Trial Date: None set<br><br>The Honorable Haywood S. Gilliam Jr. |

The Court has considered Plaintiff BAY MARINE BOAT WORKS, INC.'s Ex Parte Application for an Order Shortening Time on the hearing of Plaintiff's Motion for Interlocutory Sale of Vessel, to Strike Answer, and Request for Entry of Default.

After considering Plaintiff's moving papers, the Court finds that good cause exists to grant, and hereby does GRANT, the Plaintiff's Ex Parte Application.

/ / /

/ / /

SMCHD.SOS / 3835

-1- Case No. 4:18-cv-01855-HSG
ORDER GRANTING PLAINTIFF BAY MARINE BOAT WORKS, INC.'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME

The hearing of Plaintiff's Motion for Interlocutory Sale of Vessel, to Strike Answer, and Request for Entry of Default is now scheduled for hearing in this Courtroom on July 17, 2018 at 2:00 P.M.

**IT IS SO ORDERED.**

Dated: June 22, 2018

_____
U.S. DISTRICT COURT JUDGE

COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP
900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

SMCHD.SOS / 3835