Christopher J. Fry, Esq. (SBN: 298874)
   Email: cfry@frylawcorp.com
**FRY LAW CORPORATION**
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 291-0700
Facsimile: (916) 848-0256

Attorneys for Claimant,
**ROGER N. CARLE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY MARINE BOAT WORKS, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> M/V GARDINA, Official No. 1117426, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., in rem, and DOES 1-10, <br><br> Defendants. | **CASE NO.:** 4:18-cv-01855-HSG <br><br> **REQUEST FOR TELEPHONIC APPEARANCE** <br><br> **Date:** July 17, 2018 <br> **Time:** 2:00 p.m. <br> **Courtroom:** 2, 4th Floor <br> **Judge:** Hon. Haywood Gilliam |

**REQUEST FOR TELEPHONIC APPEARANCE**

1  Pursuant to Civil Local Rules of the United States District Court for the Northern
2  District of California, Claimant/Defendant Roger N. Carle, by and through counsel of
3  record, Christopher J. Fry, Esq., who practices in Sacramento, California, request to
4  participate by telephone in the Case Management Conference and Motion for Interlocutory
5  Sale / Request for Entry of Default / Motion to Strike currently scheduled for July 17, 2018
6  at 2:00 p.m.

7  Mr. Fry is located in Sacramento, California and will be returning from Southern
8  California late into the evening on July 16, 2018, the day before the hearing. In an attempt
9  to minimize travel time and billing to Mr. Carle, Mr. Fry requests that he be allowed to
10 appear telephonically at the above referenced hearing.

11
12 DATED:  July 12, 2018                          Respectfully submitted,
13                                                **FRY LAW CORPORATION**
14
15                                                By: */s/ Christopher J. Fry, Esq.*
                                                  Christopher J. Fry, Esq.
16                                                *Attorney for Claimant/Defendant*

17
18
19
20 Dated:  7/12/2018

**DENIED**

*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

---
**REQUEST FOR TELEPHONIC APPEARANCE**
1