# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bay Marine Boat Works, Inc.<br><br>　　　　Plaintiff(s)<br><br>v.<br><br>M/V GARDINA, Official No. 1117426,<br>its engines, tackle, machinery, furniture,<br>apparel, appurtenances, etc., *in rem*<br>　　　　Defendant(s) | CASE No C 3:18-cv-01855-HSG<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE) (ADR L.R. 5)**
- ☒ **Mediation (ADR L.R. 6)**
- ☐ **Private ADR** (*specify process and provider*)

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☐ other requested deadline:

Date: July 30, 2018　　　　/S/ Max L. Kelley
　　　　　　　　　　　　　Attorney for Plaintiff

Date: July 30, 2018　　　　/S/ Christopher J. Fry
　　　　　　　　　　　　　Attorney for Claimant

---

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 8/6/2018　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

---

*E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*