Christopher J. Fry, Esq. (SBN: 298874)
    *Email: cfry@frylawcorp.com*
**FRY LAW CORPORATION**
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 291-0700
Facsimile: (916) 848-0256

Attorneys for Defendant/Claimant,
**ROGER N. CARLE**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY MARINE BOAT WORKS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>M/V GARDINA, Official No. 1117426, its engines, tackle, machinery, furniture, apparel, appurtenances, etc., in rem, and DOES 1-10,<br><br>    Defendants. | **CASE NO.:** 4:18-cv-01855-HSG<br><br>**STIPULATION TO EXTEND TIME TO RESPOND AND REPLY TO PLAINTIFF'S MOTION TO DISMISS; ORDER**<br><br>**L.R. 6-2**<br><br>Date:    December 6, 2018<br>Time:    2:00 p.m.<br>Location: Courtroom 2, 4th Floor<br><br>[Complaint Filed: March 26, 2018] |

**STIPULATION AND ORDER**

1  WHEREAS, on March 26, 2018, Plaintiff Bay Marine Boat Works, Inc. filed this action.

2  WHEREAS, on August 16, Claimant Roger Carle filed his answer and counterclaims;

3  WHEREAS, on September 6, 2018, Plaintiff filed its motion to dismiss the Answer and
4  Counterclaims (the "Motion");

5  WHEREAS, Claimant's deadline to oppose the motion is September 20, 2018 and
6  movant's deadline to reply is September 27, 2018;

7  WHEREAS, the Parties have been actively working towards a settlement of this action;

8  WHEREAS, the parties agree it would be a more efficient use of party and judicial
9  resources for this Court to extend the time to respond and reply to the pending Motion while
10 settlement negotiations are progressing; and

11 WHEREAS, the hearing on the Motion is not until December 6, 2018, therefore neither
12 the parties nor the Court will be prejudiced by extending the requested deadlines.

13 NOW THEREFORE, the parties HEREBY STIPULATE AND AGREE AS FOLLOWS:
14 The deadline for Counter-Claimant to oppose the motion to dismiss shall be extended until
15 September 27, 2018 with movant's deadline to reply being extended to October 4, 2018.

16 **IT IS SO STIPULATED.**

DATED: September 18, 2018	Respectfully submitted,

**FRY LAW CORPORATION**

By: */s/ Christopher J. Fry*
Christopher J. Fry, Esq.
*Attorney for Claimant/Defendant*

DATED: September 18, 2018	Respectfully submitted,

**COX, WOOTTON, LERNER,
GRIFFIN, & HANSEN, LLP**

By: */s/ Max L. Kelley*
Max L. Kelley, Esq.
*Attorney for Plaintiff*

1 **ORDER**

Presently before the Court is the parties' Stipulation for Extension of Time to Respond and Reply to Plaintiff's Motion to Dismiss (the "Stipulation"). Having reviewed the Stipulation and having considered that the parties are actively working towards a settlement, and finding good cause, the Court GRANTS the Stipulation, as follows:

The deadline for Counter-Claimant to oppose the motion to dismiss shall be extended until September 27, 2018 with movant's deadline to reply being extended to October 4, 2018.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 18, 2018

*Haywood S. Gilliam, Jr.*
United States District Judge