UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY MARINE BOAT WORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>M/V GARDINA, OFFICIAL NO. 1117426 ITS ENGINES, TACKLE, MACHINERY, FURNITURE, APPAREL, APPURTENANCES, ETC., IN REM, AND DOES 1-10,<br><br>Defendant. | Case No. 18-cv-01855-HSG<br><br>**ORDER REGARDING MOTION TO WITHDRAW**<br><br>Re: Dkt. Nos. 52, 54 |

A hearing on Defendant-Claimant Roger N. Carle and M/V Gardina's motion to withdraw is currently set for January 24, 2019 at 2:00 p.m. *See* Dkt. No. 52.

First, the Court **ORDERS** the hearing on the motion to withdraw to be advanced, to be heard along with Plaintiff's motion to dismiss, *see* Dkt. No. 46. Both hearings will take place on December 6, 2018 before Judge Haywood S. Gilliam, Jr., at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.

Second, the Court **GRANTS** the motion by Defendant-Claimant's counsel to appear at the December 6 hearing by telephone. *See* Dkt. No. 54. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Third, the Court **ORDERS** Defendant-Claimant Roger N. Carle to attend, in person, the December 6 hearing on the motion to withdraw. Counsel must provide Mr. Carle with a copy of this order immediately by email and U.S. mail, and otherwise take all reasonable steps to notify him that his personal attendance is required at the hearing.

//

**IT IS SO ORDERED.**

Dated: 11/28/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge